IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JULIE STRATTAN                                                                                           PLAINTIFF

VS.                                            CASE NO. 03-CV-1060

WAL MART STORES, INC.
A Delaware Corporation                                                                          DEFENDANT

## **ORDER**

Before the Court is Defendant's Motion to Withdraw Defendant's Bill of Costs. (Doc. No. 37). Defendant requests that it be permitted to withdraw its Bill of Costs filed in the above styled and numbered case. Upon consideration, the Court finds that the motion should be and hereby is **granted.** Defendant's Bill of Costs is hereby withdrawn. Each party is responsible for their own fees anc costs in this matter.

IT IS SO ORDERED, this 17th day of August, 2005.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge